

**ORDERED in the Southern District of Florida on September 13, 2013.**

*A. Jay Cristol*

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: LUIS LEONEL RAMIREZ,                              CASE NO.: 13-20891-AJC

    Debtor.                                                                    Chapter 13
_____/

### AGREED ORDER ESTABLISHING VALUE OF DEBTOR'S REAL PROPERTY

THIS MATTER came before the Court on September 11, 2013 at 2:30 PM for hearing of the motion (the "Motion"; DE 14) filed by debtor Luis Leonel Ramirez (the "Debtor") to value the Debtor's real property located at 2541 NW 13th Avenue, Miami, FL 33142 a/k/a 1292 NW 26th Street, Miami, Fl 33142 (the "Property"). The Property is subject of a first mortgage in favor of Lansdowne Mortgage, LLC ("Lansdowne"), which filed a claim in this case (Claim 3-1) in the amount of $257,194.48, and asserted therein that the value of the Property is $100,000. The Court has been apprised as follows:

1

A. Pursuant to this Court's Order of July 1, 2003 (DE 38), Lansdowne obtained and delivered an appraisal of the Property dated July 20, 2013 prepared by Brittex Appraisal Services and Britt J. Rosen (Florida certified appraiser), fixing the value of the Property at $100,000;

B. The Debtor did not obtain an appraisal of the Property; and

C. The Debtor and Lansdowne have agreed to the entry of this order in lieu of proceeding with an evidentiary hearing.

Based on the forgoing, it is ORDERED and ADJUDGED as follows:

1. For all purposes in this case, the Property shall have a value of $100,000.

2. Both the Debtor and Lansdowne preserve their arguments as to whether the Debtor is permitted under his chapter 13 plan to modify Lansdowne's claim under sections 1322(b)(2) and 506(a)(1) of the Bankruptcy Code by "stripping down" Lansdowne's lien to the value of the Property. This dispute has been framed in the Debtor's objection to Lansdowne's claim (DE 28), Lansdowne's response thereto (DE 45), the Debtor's Amended Plan (DE 42), and Lansdowne's objection to confirmation (DE 44), and will be resolved by the Court if necessary at or prior to the confirmation hearing.

3. The Motion is denied to the extent it requests relief other than as set forth herein.

# # #

Order submitted by:
Andrew R. Herron, Esq.
Florida Bar No. 861560
aherron@herronortiz.com
HERRON ORTIZ, P.A.
255 Alhambra Circle, Suite 1060
Coral Gables, FL  33131
Tel: (305) 779-8100

Andrew R. Herron, Esq. is directed to serve copies of this Order on the interested parties entitled to notice and file a certificate of service.