UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ 3rd Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Luis L. Ramirez**   JOINT DEBTOR: _____   CASE NO.: **13-20891-AJC**
Last Four Digits of SS# **xxx-xx-4149**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A.  $ **800.07**    for months **1** to **59** ;
B.  $ **72,713.01** for months **60** to **60** ;
C.  $ _____  for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ __**0.00**__    TOTAL PAID $ __**0.00**__

Balance Due  $ __**-NONE-**__ payable $ _____ /month   (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Capital One, N.A. (Best Buy Co., Inc.)   Arrearage on Petition Date   $ **409.97**
   c/o Bass & Associates, P.C.
   Address: 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712
   *Arrears Payment $ **7.93** /month (Months **1** to **60**)
   Account No:    Regular Payment $ _____ /month (Months __ to __)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Lansdowne Mortgage, LLC c/o Philip Gross (its registered agent) 141 N.E. 3RD AVENUE, 12TH FLOOR Miami, FL 33132  c/o Jared Gelles, Esquire Stolzenberg, Gelles & Flynn LLP 1401 Brickell Avenue, Suite 825 Miami, FL 33131 | 2541 NW 13th Avenue, Miami, FL 33142  a/k/a 1292 NW 26th Street, Miami, Fl 33142 bearing | 3.25% | 718.41 | 1-59 | 42,386.19 |
| | Legal Description: Lot 18, Block 12, Amended Plat of Westend Park, according to the Plat thereof, as recorded in Plat Book 6, at Page142, of the Public Records of Miami-Dade County, Florida.  Value: $100,000.00 | 3.25% | 66,093.81 | 60 | 66,093.81 |

Priority Creditors: [as defined in 11 U.S.C. §507]
__**-NONE-**__   Total Due  $ _____
                  Payable   $ _____ /month   (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **1** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

   *Payment to Capital One, N.A. conforms with the creditor's Amended Proof of Claim No. .4-2 which lists a secured claim of $409.97.

LF-31 (rev. 01/08/10)

To avoid litigation, the parties agree that on or before May 15 of each year the debtor(s) shall provide to the Chapter 13 Trustee a copy of the tax return filed with the IRS that year or an affidavit that they did not earn sufficient income to file tax returns. If the debtor(s) income increased more than the COLA (cost of living adjustment) for that calendar year, on or before June 15 of each year, the debtor(s) will modify the plan to pay the additional income received above COLA to the allowed unsecured creditors - or - the debtor(s) will a) amend Schedule I and J (if "under median") or amend the CMI Form (if "over median) b) provide the Trustee with evidence and calculation of any new or increased expenses and c) file a motion to modify the plan or a notice with a detailed statement of why the debtor believes that modification is not necessary. The parties further agree that the Trustee may seek an increase in payment to the unsecured creditors equivalent to the income that was not disclosed by the debtor(s) for the prior year and that the time to file a motion to vacate confirmation under 1330(a) is extended to 90 days after the debtor has provided the Trustee with the tax returns for the tax year in which the petition was filed.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/
**Luis L. Ramirez**
Debtor                                    Joint Debtor

Date:  **October 7, 2013**                Date: