

**ORDERED in the Southern District of Florida on September 21, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Luis L. Ramirez

Case No. 13-20891
Chapter 13

_____Debtor_____/

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM IN PART

THIS CAUSE having come before the court upon the Debtor's Objection to Claim and this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that Debtor's objection to the following claim is sustained in part as follows:

*(Indicate claim holder name and claim number and insert disposition of the claim, using the statements below, as applicable).*

Lansdowne Mortgage, LLC's (the "Creditor"), Proof of Claim # 3, claim shall be classified as a secured claim in the amount of $100,000 pursuant to the Court's Agreed Order Establishing Value of Debtor's Real Property [ECF #56]. The claim shall be classified as unsecured in the amount of $157,194.48 pursuant to the Court's Order Confirming Chapter 13 Plan [ECF #68].

###

Submitted by:

Jacqueline C. Ledón, Esquire
Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd., Suite 500
Miami, FL 33137

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

\* and the claim is stricken [without prejudice to Claimant to pursue its interest in the collateral]; or

as duplicative; Claim (#) is stricken and Claim (#) is allowed; or

as a late filed claim and subject to further consideration upon the determination that sufficient funds exist to pay the claim in its order of priority.

and the claim shall be classified as a _____ claim in the amount of $_____.