BL9097179

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:  LUIS LEONEL RAMIREZ                       :      Chapter:      13
                                                                        :
                                                                        :
                                                                        :
                                                                        :      CASE NO:        13-20891-AJC
                                                                        :

**NOTICE OF ADDRESS CHANGE**

    eCast Settlement Corporation hereby changes its address for its claim number 4, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

        3936 E FT. LOWELL, SUITE 200
        TUCSON, AZ  85712

New Address for Notices and Payments:

        eCast Settlement Corporation
        PO Box 28136
        New York, NY 10087-8136
        610-228-2570
        proofofclaim@becket-lee.com

Respectfully Submitted,

By:  /s/ Gregory P Deegan

        Gregory P Deegan, Claims Administrator
        Becket & Lee LLP
        PO Box 3001
        Malvern, PA 19355-0701

        DATE:      6/16/2016