**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Luis Ramirez,                                  Case No. 13-20891-AJC
                                                         Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 14, 2017, a copy of Notice of Hearing [DE 101] on Debtor's Motion to Reopen Chapter 13 Case (DE 96) and was provided electronically to:

Patti H Bass on behalf of Creditor Capital One, N.A.
ecf@bass-associates.com

Andrew R. Herron on behalf of Creditor Lansdowne Mortgage, LLC
aherron@herronortiz.com; ndrubin@herronortiz.com

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

and sent by U.S. First class mail to:
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Vivian A. Jaime, Esq.
Rittter, Zaretsky, Lieber & Jaime, LLP
2915 Biscayne Blvd., S-300
Miami, FL 33137

Luis Ramirez, Debtor
Case No. 13-20891-AJC

                      LEGAL SERVICES OF GREATER
                      MIAMI, INC.

                      By          /s/
                      Carolina A. Lombardi
                      Florida Bar No.  241970
                      Attorney for Debtor
                      4343 West Flagler Street Suite 100
                      Miami, FL 33137
                      Telephone and Facsimile: (305) 438-2427
                      Email: CLombardi@legalservicesmiami.org
                      Alt: MCabrera@legalservicesmiami.org