UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Luis Leonel Ramirez                    Case No. 13-20891-AJC
                                                 Chapter 13
_____Debtor_____/

## EMERGENCY HEARING REQUESTED
## DEBTOR'S MOTION FOR APPROVAL OF POST PETITION FINANCING

Pursuant to Local Rules 9075-1 and 4001-3 and Bankruptcy Rule 4001, Debtor Luis Leonel Ramirez moves the Court for an emergency hearing to approve post petition financing and states:

1. Debtor has a 60 month confirmed Plan in which the last Plan payment due May 9, 2018, is in the amount of $72,713.01.

2. Of that last Plan payment, $66,093.81 will pay off the mortgage held by creditor Lansdowne Mortgage LLC.

3. The balance of the $72,713.01 is the Chapter 13 Trustee's fee and $1.00 to unsecured creditors.

4. On May 1, 2018, the Debtor sent counsel the attached proposal for financing of his homestead which will generate the last Plan payment of $72,713.01 and a copy is attached as Exhibit A. (Note: the property address stated in the Pre-Approval Letter is the Debtor's homestead property which is an asset of the Chapter 13 estate. The property is a duplex and Debtor's mailing address as listed in his Chapter 13 case, while different, is for the same homestead property.)

5. In compliance with the provisions of Bankruptcy Rule 4001 (B), Debtor states:

(i) with the financing the new creditor will have a first mortgage on the property;
(ii) the financing pays off the claim of Lansdowne Mortgage LLC, which claim arose before the commencement of the case;
(iii) the amount of Lansdowne Mortgage LLC's claim was determined pursuant to the Agreed Order Establishing Value of Debtor's Real Property (DE56) and Agreed Order Sustaining Objection to Claim in Part (DE74);
(iv) there is no waiver or modification of the automatic stay;
(v) there is no waiver or modification regarding the Plan;
(vi) there are no deadlines to be established;
(vii) there is no waiver or modification of non bankruptcy law;
(viii) there is no release, waiver or modification belonging to the estate of the trustee;
(ix) there is no indemnification of any entity;
(x) there is no release, waiver nor limitation of any right under §506(c); and
(xi) there is no grant of a lien on any claim nor causes of action.

6. The new creditor is ready to have a closing as soon as the post petition financing is approved by the Court.

7. Debtor's counsel certifies that this matter is an emergency because the last Plan payment is due May 9, 2018, and the Court's next Chapter 13 calendar is May 22, 2018.

8. This matter cannot be resolved without a hearing since the due date of the last Plan payment is pursuant to a confirmed Plan.

9. Debtor proposes to have an emergency hearing on May 7 or May 8, 2018.

LEGAL SERVICES OF GREATER MIAMI, INC.
By _____ /s/ _____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: SFreire@legalservicesmiami.org



# PRE-APROVAL LETTER

April 30th, 2018

Luis Leonel Ramirez
2541 NW 13th Avenue
Miami, FL 33142
**Per request of:**
Raul E. Hernández

Dear Mr. Ramirez,

Congratulations! Based on the information provided, you have been approved for a private loan up to $100,000 on the cash out of the following property:

**2541 NW 13th Avenue Miami, FL 33142**

Terms:

- 3 Years Balloon
- Interest only.   12% a year
- Monthly payment: $1,000.00 (Interest Only)
- 12-Month Prepayment Penalty

Final approval shall be contingent to the following documents:

- Satisfactory Survey
- Proof of Homeowner's Insurance
- Clear Title Commitment
- Private Lender's Final approval

If you have any question, please feel free calling me at (754) 423-0808

Sincerely,

*RMatamoros*

Rómulo L. Matamoros
Private Financing Consultant
Romulo.matamoros@gmail.com
www.prestofl.com

1555 Bonaventure Blvd. Suite 1031
Weston, FL 33326
Cell: 754-423-0808
Office Phone: 954-991-3559

EXHIBIT A