UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Luis Ramirez,                          Case No. 13-20891-AJC
                                                Chapter 13
_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 2, 2018 a true and correct copy of Emergency Hearing Requested Debtor's Motion for Approval of Post Petition Financing [DE 112] was provided electronically to:

Patti H Bass on behalf of Creditor Capital One, N.A.
ecf@bass-associates.com

Andrew R. Herron on behalf of Creditor Lansdowne Mortgage, LLC
aherron@herronortiz.com; ndrubin@herronortiz.com

Denise M. Blackwell on behalf of Creditor Lansdowne Mortgage LLC
denise@rzllaw.com

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

and sent by U.S. First class mail to:

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Vivian A. Jaime, Esq.
Rittter, Zaretsky, Lieber & Jaime, LLP
2915 Biscayne Blvd., S-300
Miami, FL 33137

Luis Ramirez, Debtor
Case No. 13-20891-AJC
Page 2                              /

                        LEGAL SERVICES OF GREATER MIAMI, INC.

                        By _____/s/_____
                        Carolina A. Lombardi
                        Florida Bar No. 241970
                        Attorney for Debtor
                        4343 West Flagler Street Suite 100
                        Miami, FL 33137
                        Telephone and Facsimile: (305) 438-2427
                        Email: CLombardi@legalservicesmiami.org
                        Alt: MCabrera@legalservicesmiami.org